[ ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

___

**In re:**       **(1)**                                                                          **Case No.**

                **(2)**

**Debtor(s).**                                                                                   **Chapter 13**

___

## CHAPTER 13 PLAN
___

**ADDRESS:** (1) _____         (2)_____
              _____             _____

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay $_____ ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      **(  ) PAYROLL DEDUCTION** from: _____   **OR**   ( ) **DIRECT PAY**.
      _____
      _____

    **DEBTOR (2)** shall pay $ _____ ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

      **(  ) PAYROLL DEDUCTION** from: _____   **OR**   ( ) **DIRECT PAY**.
      _____
      _____

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**         ( ) **YES**   ( ) **NO**

    (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE**    ( ) **YES**   ( ) **NO**
        **COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**

    (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**       ( ) **YES**   ( ) **NO**

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** (  ) Included in Plan; **OR** (  ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:       Monthly Plan Payment:

    _____; ongoing payment begins _____       $ _____
          Approximate arrearage: _____       $ _____
    _____; ongoing payment begins _____       $ _____
          Approximate arrearage: _____       $ _____

5. **PRIORITY CLAIMS:**
    _____   Amount: _____       $ _____
    _____   Amount: _____       $ _____

6. **HOME MORTGAGE CLAIMS:** (  ) Paid directly by Debtor(s); **OR** (  ) Paid by Trustee to:

    _____; ongoing payment begins _____       $ _____
          Approximate arrearage: _____ Interest _____%         $ _____
    _____; ongoing payment begins _____       $ _____
          Approximate arrearage: _____ Interest _____%         $ _____

7. **SECURED CLAIMS:**
    [Retain lien 11 U.S.C. §1325 (a)(5)]         Value of Collateral:         Rate of Interest:         Monthly Plan Payment:
    _____   _____   _____%   $ _____
    _____   _____   _____%   $ _____
    _____   _____   _____%   $ _____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325(a)] | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| _____ | _____ | _____% | $ _____ |
| _____ | _____ | _____% | $ _____ |
| _____ | _____ | _____% | $ _____ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____  Collateral: _____
_____  Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| _____ | _____ | _____% | $ _____ |
| _____ | _____ | _____% | **$** _____ |
| _____ | _____ | _____% | $ _____ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____   ( ) Not provided for   **OR**   ( ) General unsecured creditor
_____   ( ) Not provided for   **OR**   ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
_____
_____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** _____.

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%, **OR,**

( ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____   ( ) Assumes   **OR**   ( ) Rejects.
_____   ( ) Assumes   **OR**   ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately _____ months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
_____
_____
_____.

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

_____   **DATE:** _____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**